# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **JOSEPH LARGER** | **CASE NO. 3:20-CV-00361** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DOREL HOME FURNISHINGS, INC.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant suit is hereby **DISMISSED,** with prejudice.

Monroe, Louisiana, this 8th day of June, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE